IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPHINE KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:22-0220-MU ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the memorandum opinion and order entered on January 26, 2023, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this 27th day of January, 2023.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**